# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00032-CR

**In re Scott Pawgan**

**Jeffrey Sharp, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 38147, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to Jeffrey Sharp's appeal. The subject of this proceeding is Sharp's retained counsel, Scott Pawgan, who has failed to comply with our order to file the appellant's brief.

Appellant filed his notice of appeal on January 17, 2012. He requested and received two extensions of time to file his brief, which was due August 15, 2012. This Court notified appellant on September 10, 2012 that his brief was overdue, and after Pawgan failed to respond to this Court's notice, we abated the appeal for a trial court hearing under Texas Rule of Appellate Procedure 38.8(b)(2). The trial court found that appellant desired to prosecute this appeal, was not indigent, and Pawgan had not abandoned this appeal. Further, Pawgan represented to the trial court

that appellant's brief would be filed within one week after the appeal was reinstated. The appeal was reinstated on February 25, 2013.

On April 12, 2013, we ordered Pawgan to file appellant's brief no later than April 26, 2013. To date, the brief has not been filed and Pawgan has not communicated with the Court about this case.

We hereby order Scott Pawgan to appear in person on May 22, 2013, at 1:30 p.m., in the courtroom of this Court, located in the Price Daniel, Sr. Building, 209 West 14th St., City of Austin, Travis County, Texas, to show why he should not be held in contempt and sanctions imposed for his failure to obey the April 12, 2013 order of this Court.

It is ordered May 10, 2013.


Before Justices Puryear, Pemberton, and Rose

Do Not Publish

2